UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JORGE L. QUINTANA, SR.,

                Plaintiff,

  -v-                                      3:19-CV-1049
                                            (DNH/ML)

CRAIG S. DuMOND, Delaware County
Sheriff's Office; JOHN PATRICK LOWE,
sued in his individual and official capacity;
and YVETTE TAYLOR, Bankruptcy Clerk
for the Western District of Texas,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

JORGE L. QUINTANA, Sr.
Plaintiff, Pro Se
23 Railroad Avenue
Stamford, New York 12167

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Pro se plaintiff Jorge L. Quintana, Sr. brought this civil action on August 23, 2019. On September 23, 2019, the Honorable Miroslav Lovric, United States Magistrate Judge advised by Report-Recommendation that plaintiff's Complaint be dismissed in its entirety without prejudice. Plaintiff filed objections to the Report-Recommendation.

      Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all

respects. See 28 U.S.C. § 636(b)(1). Also currently pending is plaintiff's motion for reconsideration of the August 28, 2019 Text Order denying his "Emergency Motion to Show Cause." Upon review, plaintiff's motion for reconsideration is denied.

Therefore, it is

ORDERED that

1. Plaintiff's motion for reconsideration is DENIED;

2. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE; and

3. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

United States District Judge

Dated: December 19, 2019
       Utica, New York.